1076

[No. 46906-5-II. Division Two. March 15, 2016.]

KEY K. KIM, *Appellant*, v. FAY SERVICING, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-15089-7, Gerald T. Costello, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Sutton, JJ.

[No. 46964-2-II. Division Two. March 15, 2016.]

NEAL MCINTOSH ET AL., *Respondents*, v. AZALEA GARDENS, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-13664-1, Kitty-Ann van Doorninck, J., entered November 26, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.

[No. 47025-0-II. Division Two. March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN JAMES WOMER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00624-7, Erik D. Price, J., entered December 23, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 47126-4-II. Division Two. March 15, 2016.]

DALE E. ANDERSON ET AL., *Appellants*, v. JAMES W. BROWN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-01661-9, John F. Nichols, J., entered January 7, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.